UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
Barbara Shea AKA Barbara Wood

Debtor(s)

BK No.: 18-09852

Chapter: 7

Honorable Carol A. Doyle

**ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY (FIRST MORTGAGE)**

This matter is before the Court on the Motion for Relief from Automatic Stay by U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-3 Home Equity Pass-Through Certificates, Series 2007-3 (hereinafter "Movant").

The automatic stay is modified to permit Movant to enforce its rights against the property described as 4136 Park Ave, Brookfield, IL 60513. pursuant to the terms and conditions of contract and applicable nonbankruptcy law.

Pursuant to 11 U.S.C. § 362 it is ORDERED that the motion is granted. The fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Enter: *(signed)* Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 23, 2018

**Prepared by:**

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com